# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 25  P 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS

SUMMONS IN A CIVIL ACTION

Frank P. Zaino

v.

Edwards Boat Yard, Inc.

CASE NUMBER:

05 10037 NG

TO: (Name and Address of Defendant) Edwards Boat Yard, Inc., 1209 East Falmouth Highway, East Falmouth, Barnstable County, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)  David B. Kaplan, The Kaplan/Bond Group, 88 Black Falcon Avenue, Suite 301, Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE  1/6/05

AO 440 (I

NAM

Chec

**Barnstable County Sheriff's Office**

I hereby certify and return that on **January 18, 2005 at 2:00 PM** I served a true and attested copy of Summons & Complaint, in hand to Mrs. Starboard, agent able to accept civil process for the within named Defendant, Edwards Boat Yard, Inc., at the last and usual abode to wit: 1209 East Falmouth Highway, East Falmouth, MA 02536.

Fee:        $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA 02644

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             *Date*                    *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.