UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK P. ZAINO,                          CIVIL ACTION
        Plaintiff,                       NO: 05-10037-NG

vs.


EDWARDS BOAT YARD, INC.,
        Defendant.


## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant,
Edwards Boat Yard, Inc., in the above-entitled action.


                        By its attorneys,

                        **CLINTON & MUZYKA, P.C.**


                        **"/s/ Kenneth M. Chiarello**
                        **Thomas J. Muzyka**
                        **BBO NO. 365540**
                        **Kenneth M. Chiarello**
                        **BBO NO: 639274**
                        One Washington Mall
                        Suite 1400
                        Boston, MA 02108
                        (617) 723-9165


Dated: November 1, 2005