UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANK P. ZAINO,** | **CIVIL ACTION** |
| Plaintiff, | NO: 05-10037-NG |
| vs. | |
| **EDWARDS BOAT YARD, INC.,** | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, Edwards Boat Yard, Inc., in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/ Thomas J. Muzyka**
**Thomas J. Muzyka**
**BBO NO. 365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  November 1, 2005