UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FRANK P. ZAINO,**
    **Plaintiff,**

vs.

**EDWARDS BOAT YARD, INC.,**
    **Defendant.**

**CIVIL ACTION**
**NO: 05-10037-NG**

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND COUNTERCLAIM

Now comes the defendant, Edwards Boat Yard, Inc., in the above-entitled action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and responds to the allegations contained in plaintiff's Complaint as follows.

### INTRODUCTION

1. Paragraph No. 1 is an introductory paragraph and does not contain any factual allegations requiring a response, but to the extent that a response is required, the defendant denies all the statements and representations contained therein.

### PARTIES

2. The defendant lacks personal knowledge sufficient to form a belief as to the truth of the allegations

      contained in Paragraph No. 2 and therefore denies same.

3.   The defendant admits the allegations contained in Paragraph No. 3.

### FACTUAL ALLEGATIONS

4.   The defendant admits the allegations contained in Paragraph No. 4.

5.   The defendant denies the allegations contained in Paragraph No. 5.

6.   The defendant lacks personal knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 6 and therefore denies same.

7.   The defendant lacks personal knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 7 and therefore denies same.

8.   The defendant lacks personal knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 8 and therefore denies same.

9.   The defendant lacks personal knowledge sufficient to form a belief as to the truth of the allegations

contained in Paragraph No. 9 and therefore denies same.

10. The defendant denies the allegations contained in Paragraph No. 10.

## COUNT I
### (General Maritime Law – Negligence)

11. The defendant reaffirms and reiterates its answers to the allegations set forth in Paragraphs Nos. 1 through 10 inclusive and incorporates same as if fully set out herein.

12. The defendant denies the allegations contained in Paragraph No. 12.

13. The defendant lacks personal knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 13 and therefore denies same.

14. Paragraph No. 14 contains an allegation and conclusion of law not requiring a response, but to the extent that a response is required, the defendant denies all the allegations contained therein.

**WHEREFORE**, the defendant, Edwards Boat Yard, Inc., prays that this Honorable Court dismiss with prejudice Count I together with costs and reasonable attorney's fees.

## COUNT II
### (General Maritime Law – Punitive Damages)

15. The defendant reaffirms and reiterates its answers to the allegations set forth in Paragraphs Nos. 1 through 10 inclusive and incorporates same as if fully set out herein.

16. The defendant denies the allegations contained in Paragraph No. 16.

17. Paragraph No. 17 contains an allegation and conclusion of law not requiring a response, but to the extent that a response is required, the defendant denies all the allegations contained therein.

**WHEREFORE**, the defendant, Edwards Boat Yard, Inc., prays that this Honorable Court dismiss with prejudice Count II together with costs and reasonable attorney's fees.

## AFFIRMATIVE DEFENSES

The defendant, Edwards Boat Yard, Inc., incorporates the following Affirmative Defenses into each and every Count in its Answer as follows:

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that the plaintiff has failed to join an indispensable party(s).

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that the plaintiff is not entitled to a jury trial as a matter of law.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that Count II should properly be dismissed because it is not a recognized cause of action under the General Maritime Law.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that if the plaintiff was injured as alleged, which is specifically denied, it was due in whole or in part to the plaintiff's own negligence and failure to exercise the degree of care, skill and knowledge required of a vessel owner and operator, and not due to any negligence or fault on the part of the defendant nor any person or persons for whom the defendant may be legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant says that if the plaintiff sustained injury as alleged, which is specifically denied, those injuries were the result of an Act of God for which the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, said

injuries resulted in whole or in part from the acts and/or omissions of a person or persons over whom the defendant had no control and for whom the defendant was and is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that the plaintiff has failed to mitigate his alleged damages.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that the plaintiff has not acted in good faith.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that the plaintiff has unclean hands.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that Plaintiffs' Complaint has been asserted in bad faith and is frivolous pursuant to M.G.L. c. 231, §6E.

**AND FURTHER ANSWERING, AND AS A COMPLMETE AND SEPARATE DEFENSE**, the defendant submits that the claim asserted by the defendant constitutes insurance fraud.

**WHEREFORE**, the defendant, Edwards Boat Yard, Inc., prays that this Honorable Court dismiss with prejudice plaintiff's Complaint with costs and reasonable attorney's fees.

**COUNTERCLAIM**

    Now comes the defendant/plaintiff-in-counterclaim, Edwards Boat Yard, Inc., in the above-entitled action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and files its Counterclaim against the defendant-in-counterclaim as follows.

**FACTUAL ALLEGATIONS**

1. The defendant/plaintiff-in-counterclaim, Edwards BoatYard, Inc., is a Massachusetts corporation duly established and existing under law with a principal place of business located at 1209 East Falmouth Highway, East Falmouth, Massachusetts.

2. Upon information and belief, the defendant-in-counterclaim, Frank P. Zaino, is an individual who resides in East Falmouth, Massachusetts and at all material times herein was and now is the owner of an Express Cruiser vessel (Hull No. ZAS06075H889).

3. On or about April 4, 2002, the parties entered into a binding and enforceable contract wherein the defendant/plaintiff-in-counterclaim agreed to perform certain work upon defendant-in-counterclaim's motor vessel.

2. The defendant/plaintiff-in-counterclaim completed the agreed upon work in a workmanlike manner, in

        accordance with accepted industry standards, and fully satisfied its contractual obligations.

3.    Despite numerous demands, the defendant-in-counterclaim has failed to satisfy the $1,877.86 invoice relating to the work it performed according to the binding and enforceable contract. *The defendant/plaintiff-in-counterclaim has attached hereto as Exhibit "A" the outstanding invoice.*

## COUNT I
### (Breach of Contract)

4.    The defendant/plaintiff-in-counterclaim reaffirms and re-alleges the allegations set forth in Paragraphs Nos. 1 through 3 inclusive and incorporates same as if fully set out herein.

5.    The parties entered into a binding and enforceable contract, which the defendant-in-counterclaim has breached by intentionally failing to satisfy the aforementioned outstanding invoice.

6.    As a result of the defendant-in-counterclaim's ongoing breach, the defendant/plaintiff-in-counterclaim has sustained damages at the level of $1,877.86, and has sustained other damages as will be demonstrated at the time of trial.

**WHEREFORE**, the defendant/plaintiff-in-counterclaim, Edwards Boat Yard, Inc., prays that this Honorable Court enter Judgment against the defendant-in-counterclaim in the amount of $1,877.86 together with interest, costs and attorney's fees.

By its counsel,

**CLINTON & MUZYKA, P.C.**

_"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   November 1, 2005

```
                                                    Invoice # 76873
                                                    Cust. #   ZANO
```

Sold To                                     Desc. Of Boat Serviced
-------------------------------             ----------------------
Frank Zaino
31 Deepwood Drive
E. Falmouth, MA 02536

                                            Boat Name - MY WAY

| Invoice Date | Shipped Via | Terms | Salesman | P/O Number | Order |
|---|---|---|---|---|---|
| 06/22/2002 | | Due Upon Receipt | BB | Commission IO | 23168 |

| Quantity | Item Number | Description | Unit $ | Ext. $ |
|---|---|---|---|---|

** Job Number -  1 ******************************************************
    Trailer and launch.
                    ============= Labor Charges ===================
                    Trailer & Launch 25' boat @ 5.50/ft              137.50

                                                    Labor Subtotal   137.50

** Job Number -  2 ******************************************************
    Commission engine(s) and accessories
    Test run/ling test.

| Qty | Item Number | Description | Unit $ | Ext. $ |
|---|---|---|---|---|
| 1 | MC55980-9 | Anode Kit | 8.90 | 8.90 |
| 1 | MC11-81619M | NUT | 14.90 | 14.90 |
| 1 | MC821631Q-1 | Anode Kit Merc | 17.95 | 17.95 |
| 1 | SIE2618 | GASKET SET-1983 VERSION MERC | 6.60 | 6.60 |
| 8 | NGKBR6FS | SPARK PLUG NGK BR6FS (4323) | 4.33 | 34.64 |
| 1 | MC805759T-1 | Cap Distributor Merc | 38.85 | 38.85 |
| 1 | MC46-96148A-8 | Water Pump Kit | 40.45 | 40.45 |
| 1 | MC46-44292A-3 | BASE ASSY-W/P | 24.85 | 24.85 |
| 1 | MC26-96503-1 | OIL SEAL | 11.00 | 11.00 |
| 2 | MC92-850743A-1 | HI PERFORMANCE QUART GEARLUBE | 8.46 | 16.92 |
| 1 | ENVIORCHG01 | Disposal-enviromental waste oil chg | 1.00 | 1.00 |
| 2 | CLNWIPERS | WHITE WIPERS | 0.35 | 0.70 |
| 1 | MC76214Q-5 | ANODIC PLATE | 14.85 | 14.85 |
| 1 | MC805759T-1 | Cap Distributor Merc | 38.85 | 38.85 |
| 1 | CAPRR249 | Distributor Cap Eichlin RR249 | 32.50 | 32.50 |
| 1 | SIE2618 | GASKET SET-1983 VERSION MERC | 6.60 | 6.60 |
| 1 | TMIZAINO02 | Trim Tab & Cylinder Trimaster | 175.00 | 175.00 |
| 8 | FAS34X6BFHWS | 3/4 X 6 BZ FLAT HEAD WOOD SCREW | 0.08 | 0.64 |

**PAYMENT ON PICKUP**

(Picked up boat when we were closed + did not pay)

Page 1

Edwards Boat Yard, Inc          *** WORK ORDER ***

                                                        Work Order # : 23168-A
                                                        Order Date   : 04/04/200
Telephone                                               Complete By  : 04/04/200
                                                        Page         : 2

| Part Number | Description | Date | Qty/Hrs | Rate | Parts $ | Labor |
|---|---|---|---|---|---|---|
| LAB-COMMIO | Commision inboard/outboard engine Install OD. Replace zincs. Grease all fittings. Charge batteries. Run motor. Motor running hot. Ck out. Clean barnacles out of intake screen & run. Still running hot. Remove OD & replace water pump assy. Install drive. Run engine, running well. Temp OK. Ck'd timing. Timings perfect. Install trim plane & cylinder. Painted new trim plane. | 06/18 | 14.75 | 65.00 | | 958.75 |
| LAB-COMMIO | 06/18 Commision inboard/outboard en Long test run. Ck eng performance. Performed well. | 06/18 | 2.25 | 65.00 | | 146.25 |
| | | | | Sub-Total | 486.52 | 1105.00 |

Job # 3, Type - C ----------INSTRUCTIONS----------
Paint gimble.

| PET1815Q | ALUMACOATBLA EPA81204960061 | 04/04 | 0.25 | | 20.29 | |
| W0011133 | BRUSH, 3" DERBY PAINT | 04/04 | 1 | | 2.35 | |
| MILSA5299 | GLOVES, VINYL ORANGE | 04/04 | 1 | | 4.75 | |
| MMM02115 | SANDPAPER PROD 9X11 80D | 04/04 | 1 | | 0.75 | |
| LAB-PAINTGIMBLE | Paint outdrive Gimble | 06/04 | 0.60 | 50.00 | | 30.00 |
| | | | | Sub-Total | 28.14 | 30.00 |

Job # 4, Type - C ----------INSTRUCTIONS----------
Spring readiness.
Install enclosure.

| LAB-SPRING | 06/19/02 spring prep work Install enclosure. Wash boat. | 06/18 | 1.00 | 65.00 | | 65.00 |
| | | | | Sub-Total | 0.00 | 65.00 |

Authorized By : _____ Date : _____

Approved By   : _____ Date : _____

                                                NonTaxable Subtotal    1338.50
                                                Taxable Subtotal        513.66
                                                Tax ( 5.000 % )          25.70
                                                Total Order            1877.86
                                                Warr./Internal Tot.       0.00
                                                Deposit                   0.00
                                                Balance Due            1877.86