

Invoice # 76873
Cust. #   ZANO

Sold To                                         Desc. Of Boat Serviced
-------------------------------                 -------------------------------
Frank Zaino
31 Deepwood Drive
E. Falmouth, MA 02536
                                                Boat Name - MY WAY

| Invoice Date | Shipped Via | Terms | Salesman | P/O Number | Order |
|---|---|---|---|---|---|
| 06/22/2002 | | Due Upon Receipt | BB | Commission IO | 23168 |

| Quantity | Item Number | Description | Unit $ | Ext. $ |
|---|---|---|---|---|

** Job Number - 1 **********************************************************
    Trailer and launch.
                    =============== Labor Charges ===================
                    Trailer & Launch 25' boat @ 5.50/ft                        137.50

                                                    Labor Subtotal             137.50

** Job Number - 2 **********************************************************
    Commission engine(s) and accessories
    Test run/ling test.

| 1 | MC55980-9 | Anode Kit | 8.90 | 8.90 |
| 1 | MC11-81619M | NUT | 14.90 | 14.90 |
| 1 | MC821631Q-1 | Anode Kit Merc | 17.95 | 17.95 |
| 1 | SIE2618 | GASKET SET-1983 VERSION MERC | 6.60 | 6.60 |
| 8 | NGKBR6FS | SPARK PLUG NGK BR6FS (4323) | 4.33 | 34.64 |
| 1 | MC805759T-1 | Cap Distributor Merc | 38.85 | 38.85 |
| 1 | MC46-96148A-8 | Water Pump Kit | 40.45 | 40.45 |
| 1 | MC46-44292A-3 | BASE ASSY-W/P | 24.85 | 24.85 |
| 1 | MC26-96503-1 | OIL SEAL | 11.00 | 11.00 |
| 2 | MC92-850743A-1 | HI PERFORMANCE QUART GEARLUBE | 8.46 | 16.92 |
| 1 | ENVIORCHG01 | Disposal-enviromental waste oil chg | 1.00 | 1.00 |
| 2 | CLNWIPERS | WHITE WIPERS | 0.35 | 0.70 |
| 1 | MC76214Q-5 | ANODIC PLATE | 14.85 | 14.85 |
| 1 | MC805759T-1 | Cap Distributor Merc | 38.85 | 38.85 |
| 1 | CAPRR249 | Distributor Cap Eichlin RR249 | 32.50 | 32.50 |
| 1 | SIE2618 | GASKET SET-1983 VERSION MERC | 6.60 | 6.60 |
| 1 | TMIZAINO02 | Trim Tab & Cylinder Trimaster | 175.00 | 175.00 |
| 8 | FAS34X6BFHWS | 3/4 X 6 BZ FLAT HEAD WOOD SCREW | 0.08 | 0.64 |

**PAYMENT ON PICKUP**

(Picked up boat when we were Closed + did not Pay)

Page 1

Edwards Boat Yard, Inc                    *** WORK ORDER ***

                                                                    Work Order # :  23168-A
                                                                    Order Date   :  04/04/200
Telephone                                                           Complete By  :  04/04/200
                                                                    Page         :  2

| Part Number | Description | Date | Qty/Hrs | Rate | Parts $ | Labor |
|---|---|---|---|---|---|---|
| LAB-COMMIO | Commision inboard/outboard engine  Install OD. Replace zincs. Grease all fittings. Charge batteries. Run motor. Motor running hot. Ck out. Clean barnacles out of intake screen & run. Still running hot. Remove OD & replace water pump assy. Install drive. Run engine, running well. Temp OK. Ck'd timing. Timings perfect. Install trim plane & cylinder. Painted new trim plane. | 06/18 | 14.75 | 65.00 | | 958.75 |
| LAB-COMMIO | 06/18 Commision inboard/outboard en  Long test run. Ck eng performance. Performed well. | 06/18 | 2.25 | 65.00 | | 146.25 |
| | | | | Sub-Total | 486.52 | 1105.00 |

Job #  3, Type - C ----------I N S T R U C T I O N S-----------
    Paint gimble.

| PET1815Q | ALUMACOATBLA EPA81204960061 | 04/04 | 0.25 | | 20.29 | |
| W0011133 | BRUSH, 3" DERBY PAINT | 04/04 | 1 | | 2.35 | |
| MILSA5299 | GLOVES, VINYL ORANGE | 04/04 | 1 | | 4.75 | |
| MMM02115 | SANDPAPER PROD 9X11 80D | 04/04 | 1 | | 0.75 | |
| LAB-PAINTGIMBLE | Paint outdrive Gimble | 06/04 | 0.60 | 50.00 | | 30.00 |
| | | | | Sub-Total | 28.14 | 30.00 |

Job #  4, Type - C ----------I N S T R U C T I O N S-----------
    Spring readiness.
    Install enclosure.

| LAB-SPRING | 06/19/02 spring prep work  Install enclosure.  Wash boat. | 06/18 | 1.00 | 65.00 | | 65.00 |
| | | | | Sub-Total | 0.00 | 65.00 |

Authorized By : _____  Date : _____

Approved By   : _____  Date : _____

                                          NonTaxable Subtotal   1338.50
                                          Taxable Subtotal       513.66
                                          Tax ( 5.000 % )         25.70
                                          Total Order           1877.86
                                          Warr./Internal Tot.     0.00
                                          Deposit                 0.00
                                          Balance Due          1877.86