UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FRANK P. ZAINO,                          *       CIVIL ACTION NO. 05-10037-NG
                                         *
   Plaintiff/Defendant in Counterclaim, *
                                         *
v.                                       *
                                         *
EDWARDS BOAT YARD, INC.                  *
                                         *
   Defendant/Plaintiff in Counterclaim. *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

### PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ALL ISSUES

The Defendant in Counterclaim, Frank P. Zaino ("Defendant"), denying each and every allegation of Plaintiff in Counterclaim's ("Plaintiff") Counterclaim unless specifically admitted, answers each numbered paragraph as follows:

### FACTUAL ALLEGATIONS

1. As to paragraph 1, upon information and belief, the defendant admits the allegations therein.

2. As to paragraph 2, the defendant admits the allegations therein.

3. As to paragraph 3, the defendant states that any alleged contracts shall speak for themselves and admits that the parties entered into a contract where plaintiff had agreed to perform certain work upon defendant's vessel.

2. (Sic.) As to paragraph 2, the defendant denies the allegations therein.

3. (Sic.) As to paragraph 3, the defendant denies the allegations therein.

## COUNT I
### (Breach of Contract)

4. The first five paragraphs are realleged and incorporated herein.

5. As to paragraph 5, the defendant denies the allegations therein.

6. As to paragraph 6, the defendant denies the allegations therein.

## REQUEST FOR RELIEF

a) That this court dismiss each part of the Counterclaim on its merits;

b) That this court award the defendant their costs, disbursements and attorney fees; and

c) For such other relief as this court deems appropriate.

## DEMAND FOR JURY TRIAL

The Defendant in Counterclaim, Frank P. Zaino, demands a trial by jury for all of the issues and all of the counts alleged by the Plaintiff in Counterclaim in their Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The defendant states that the plaintiff's Counterclaim should be dismissed against the defendant pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

### SECOND DEFENSE

The defendant states that to the extent that it had any obligations to the plaintiff, such obligations have been fully, completely and properly performed in every respect.

3

## THIRD DEFENSE

The defendant states that the plaintiff has waived any right to bring this action, and, therefore, the plaintiffs' claim should be dismissed.

Respectfully submitted,
Frank P. Zaino,
By his attorney,


/s/ David B. Kaplan
DAVID B. KAPLAN
**THE KAPLAN BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
BBO# 258540

Date: November 21, 2005