UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK P. ZAINO,
    Plaintiff,

CIVIL ACTION
NO: 05-10037-NG

vs.

EDWARDS BOAT YARD, INC.,
    Defendant.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs or conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

INTERNATIONAL MARINE
UNDERWRITERS

_____
Robert E. Wheeler
One Beacon Street
Boston, MA 02108
(617) 725-6710

CLINTON & MUZYKA, P.C.

_____
Thomas J. Muzyka
BBO NO: 365540
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: November 29, 2005