UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************
| |
|---|
| FRANK P. ZAINO, |
| Plaintiff. |
| v. |
| EDWARDS BOAT YARD, INC., |
| Defendants. |

Civil Action No. 1:05-10037-NG

*******************************

## PLAINTIFF'S LR 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) we certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Frank Zaino
31 Deepwood Drive
East Falmouth, MA 02336


Date December 7, 2005

_____
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
BBO# 258540