UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
***************************************
FRANK P. ZAINO,                         *
        Plaintiff.                      *          Civil Action No. 05-10037-NG
                                        *
v.                                      *
                                        *
EDWARDS BOAT YARD, INC.,                *
        Defendant.                      *
                                        *
***************************************
```

## **PROPOSED JOINT SCHEDULING ORDER**

The parties in the above-captioned action, by their attorneys, submit the following proposed joint scheduling order pursuant to the provisions of Fed.R.Civ.P. 16(b) and Local Rule 16.1. The scheduling conference in this matter is currently set for 11:15 a.m. on December 12, 2005.

I.  <u>Obligation of Counsel to Confer</u>

Counsel for the parties have conferred in accordance with the provision of Fed.R.Civ.P. 26(f) and Local Rule 16.1(B).

    a. <u>Agenda to be discussed at the Scheduling Conference</u>

- Proposed pre-trial schedule
- Status of settlement negotiations

    b. <u>Consent to Magistrate</u>

The parties do not, at present, consent to trial by a Magistrate Judge.

1

   c. <u>Consent to Alternative Dispute Resolution</u>

   The parties agree to attend Mediation.

II. <u>Settlement Proposals</u>

Plaintiff presented a written settlement proposal to the defendants in compliance with Local Rule 16.1 on December 7, 2005. The defendant has rejected the plaintiff's settlement demand and has not submitted a counter-offer.

III. <u>Proposed Joint Discovery Plan</u>

The above entitled action was originally filed on January 6, 2005. Edwards Boat Yard, Inc. ("EBY") answered the complaint and filed a counterclaim on November 1, 2005. Zaino answered the counterclaim on November 21, 2005.

After conferring pursuant to Local Rule 16.1, counsel have agreed on certain dates ("*Agreed*") and have not agreed on others labeled as "*Zaino*" and "*EBY*" respectively.

Pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1(F):

(1) JOINDER OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS

 <u>*Agreed*</u>: joinder of parties and amendment of pleadings by January 31, 2006.

(2) WRITTEN DISCOVERY REQUESTS

 <u>*Agreed*</u> service of written discovery requests by March 1, 2006 and responses served by no later than April 17, 2006.

(3) FACT-WITNESS DEPOSITIONS

 <u>*Zaino*</u> requests completion by June 1, 2006.

 <u>*EBY*</u> requests completion by July 28, 2006.

(4)   EXPERT DISCLOSURES

*Zaino* requests **disclosure of plaintiff's trial experts**, including the information required by Fed.R.Civ.P. 26(a)(2) & (b)(4) and Local Rule 26.4, by June 30, 2006.

*EBY* requests **disclosure of plaintiff's trial experts**, including the information required by Fed.R.Civ.P. 26(a)(2) & (b)(4) and Local Rule 26.4, by August 25, 2006.

*Zaino* requests **disclosure of Defendant's trial experts**, including the information required by Fed.R.Civ.P. 26(a)(2) & (b)(4) and Local Rule 26.4, by July 31, 2006.

*EBY* requests **disclosure of Defendant's trial experts**, including the information required by Fed.R.Civ.P. 26(a)(2) & (b)(4) and Local Rule 26.4, by September 22, 2006.

(5)   EXPERT DEPOSITIONS

*Zaino* requests completion by September 15, 2006.

*EBY* requests completion by October 20, 2006.

(6)   DISCOVERY DEADLINE

*Agreed:* October 20, 2006.

(7)   DISPOSITIVE MOTIONS

*Agreed* all dispositive motions are to be filed by November 17, 2006 with all oppositions to such motions filed pursuant to the Federal Rules of Civil Procedure and the Local Rules of this court.

(8)   FINAL PRETRIAL CONFERENCE

*Agreed* the parties request that a final pre-trial conference be held on December 18, 2006 or at the court's earliest convenience thereafter with all lead counsel present and authorized to settle or proceed to trial.

(9) TRIAL

*Zaino* will be prepared to commence trial as of the date of the final pre-trial conference.

*EBY* requests that the trial be scheduled for January 8, 2007 or at the court's earliest convenience thereafter.

IV. Certifications

Pursuant to LR 16.1(D)(3), counsel have conferred with their respective clients with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4. All parties have filed their certifications separately with the court.

Respectfully submitted,

| | |
|---|---|
| **Frank Zaino,** | **Edwards Boat Yard, Inc.,** |
| By his attorney, | By its attorneys, |
| | |
| /s/ David B. Kaplan | /s/ Thomas J. Muzyka |
| DAVID B. KAPLAN | Thomas J. Muzyka, BBO No. 365540 |
| **THE KAPLAN/BOND GROUP** | Kenneth N. Chiarello, BBO No. 639274 |
| 88 Black Falcon Avenue, Suite 301 | **CLINTON & MUZYKA, P.C.** |
| Boston, MA 02210 | One Washington Mall, Suite 1400 |
| (617) 261-0080 | Boston, MA 02108 |
| BBO# 258540 | (617) 723-9165 |

Date: December 8, 2005