UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

***************************************
FRANK P. ZAINO,                   *
    Plaintiff.                         *      Civil Action No. 05-10037-NG
                                    *
v.                                   *
                                    *
EDWARDS BOAT YARD, INC.,     *
    Defendant.                  *
                                    *
***************************************

**PROPOSED JOINT SCHEDULING ORDER**

The parties in the above-captioned action, by and through their undersigned attorneys, submit the following proposed Joint Scheduling Order pursuant to the provisions of Fed.R.Civ.P. 16(b) and Local Rule 16.1.  <u>The parties respectfully request that, if their proposed Joint Scheduling Order is adopted by this Honorable Court, that the Initial Scheduling Conference that has been rescheduled for January 17, 2006 be dispensed</u>.

I.      <u>OBLIGATION OF COUNSEL TO CONFER</u>

Counsel for the parties have conferred in accordance with the provision of Fed.R.Civ.P. 26(f) and Local Rule 16.1(B).

    a.   <u>Agenda to be discussed at the Scheduling Conference</u>

- Proposed pre-trial schedule
- Status of settlement negotiations

    b.   <u>Consent to Magistrate</u>

The parties do not, at present, consent to trial by a Magistrate Judge.

1

      c.   Consent to Alternative Dispute Resolution

      The parties agree to attend Mediation.

II.    SETTLEMENT PROPOSALS

Plaintiff presented a written settlement proposal to the defendants in compliance with Local Rule 16.1 on December 7, 2005. The defendant has rejected the plaintiff's settlement demand and has not submitted a counter-offer, other than the $500.00 Offer of Judgment served on plaintiff's counsel on November 1, 2005.

III.   PROPOSED JOINT DISCOVERY PLAN

The above entitled action was originally filed on January 6, 2005. Edwards Boat Yard, Inc. ("EBY") answered the complaint and filed a counterclaim on November 1, 2005. Zaino answered the counterclaim on November 21, 2005. After conferring pursuant to Local Rule 16.1, counsel has agreed to the following discovery plan:

(1)   Joinder of Additional Parties & Amendment of Pleadings

     *Agreed:* joinder of parties and amendment of pleadings by January 31, 2006.

(2)   Written Discovery Requests

     *Agreed:* service of written discovery requests by March 1, 2006 and responses served by no later than April 17, 2006.

(3)   Factual Depositions

     *Agreed:* all factual depositions to be completed by July 28, 2006.

(4)   Expert Disclosures

     *Agreed*: disclosure of plaintiff's trial experts, including the information required by Fed.R.Civ.P. 26(a)(2) & (b)(4) and Local Rule 26.4, by August 25, 2006; disclosure of defendant's trial experts, including the information required by

Fed.R.Civ.P. 26(a)(2) & (b)(4) and Local Rule 26.4, by September 22, 2006.

(5) Expert Depositions

*Agreed:* expert depositions completed by October 20, 2006.

(6) Discovery Deadline

*Agreed:* all discovery to be completed by October 20, 2006.

(7) Dispositive Motions

*Agreed*: all dispositive motions are to be filed by November 17, 2006 with all oppositions to such motions filed pursuant to the Federal Rules of Civil Procedure and the Local Rules of this court.

(8) Final Pre-Trial Conference

*Agreed:* the parties request that a final pre-trial conference be held on December 18, 2006 or at the court's earliest convenience thereafter with all lead counsel present and authorized to settle or proceed to trial.

(9) Trial

*Agreed:* the parties request that the trial be scheduled for January 8, 2007 or at the court's earliest convenience thereafter.

IV. CERTIFICATIONS

Pursuant to LR 16.1(D)(3), counsel have conferred with their respective clients with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4. All parties have filed their certifications separately with the court.

Respectfully submitted,                                    **Frank Zaino,**

3

| | |
|---|---|
| By his attorney, | **Edwards Boat Yard, Inc.,** |
| | By its attorneys, |
| /s/ David B. Kaplan | |
| DAVID B. KAPLAN | /s/ Kenneth M. Chiarello |
| **THE KAPLAN/BOND GROUP** | Thomas J. Muzyka, BBO No. 365540 |
| 88 Black Falcon Avenue, Suite 301 | Kenneth N. Chiarello, BBO No. 639274 |
| Boston, MA 02210 | **CLINTON & MUZYKA, P.C.** |
| (617) 261-0080 | One Washington Mall, Suite 1400 |
| BBO# 258540 | Boston, MA 02108 |
| | (617) 723-9165 |

Date: December 13, 2005