UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FRANK P. ZAINO,**
    **Plaintiff,**

vs.

**EDWARDS BOAT YARD, INC.,**
    **Defendant.**

CIVIL ACTION
NO: 05-10037-NG

## JOINT MOTION TO EXTEND THE DEADLINES CONTAINED IN THE JOINT SCHEDULING STATEMENT

Now comes the parties, in the above-entitled action, by and through their attorneys, and respectfully move this Honorable Court to extend the deadlines contained in the Joint Scheduling Statement for a period of two (2) months. As grounds in support, the parties submit the following for the Court's consideration.

1. The parties attended an Initial Scheduling Conference before the Court on December 12, 2005. Shortly thereafter, the parties submitted a revised Joint Scheduling Statement, which was adopted by the Court on December 14, 2005. According to the adopted schedule, factual discovery was to be completed by or before <u>July 28, 2006</u>.

2. For several reasons, the parties have not been able to complete all factual discovery. The availability of the defendant's employees during the boating season (May 15, 2006 – October 15, 2005) is extremely limited. Additionally, the plaintiff's vacation schedule, as well as the vacation schedules of counsel, has made it difficult to complete the necessary discovery.

3. The parties submit that an additional two (2) months will allow the parties to complete the necessary

factual discovery.  This is the first extension sought by the parties.

**WHEREFORE**, the parties pray that this Honorable Court extend the deadlines contained in the Joint Scheduling Statement for a period of two (2) months.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| "/s/ David B. Kaplan" | "/s/ Thomas J. Muzyka_ |
| David B. Kaplan | Thomas J. Muzyka |
| BBO NO: 258540 | BBO NO: 365540 |
| THE KAPLAN/BOND GROUP | Kenneth M. Chiarello |
| 88 Black Falcon Terminal | BBO NO: 639274 |
| Suite 301 | CLINTON & MUZYKA, P.C. |
| Boston, MA  02210 | One Washington Mall |
| (617) 261-0080 | Suite 1400 |
|  | Boston, MA  02108 |
|  | (617) 723-9165 |

Dated: August 4, 2006