UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANK P. ZAINO,** | **CIVIL ACTION** |
| **Plaintiff,** | **NO: 05-10037-NG** |
| vs. | |
| **EDWARDS BOAT YARD, INC.,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by and through their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action, including the Counterclaim asserted by the defendant, be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 24th day of January, 2007.

| **ATTORNEY FOR PLAINTIFF,** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| _"/S/David B. Kaplan"_ | _"/S/Thomas J. Muzyka"_ |
| **David B. Kaplan** | **Thomas J. Muzyka** |
| **BBO NO. 258540** | **BBO NO. 365540** |
| **The Kaplan/Bond Group** | **Kenneth M. Chiarello** |
| 88 Black Falcon Ave. | **BBO NO. 639274** |
| Suite 301 | **CLINTON & MUZYKA, P.C.** |
| Boston, MA 02210 | One Washington Mall |
| (617) 261-0080 | Suite 1400 |
| | Boston, MA 02108 |
| | (617) 723-9165 |